IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Terry Brown, | |
| Plaintiff, | Case Number: 1:23cv183 |
| vs. | Judge Susan J. Dlott |
| Maureen O'Connor, et al., | |
| Defendants. | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

… that the Magistrate Judge's R&R (Doc. 40) is **ADOPTED.** Defendants' Motions to Dismiss Plaintiff's Complaint (Docs. 12, 20, 22) are **GRANTED**, and Defendants Bergeron, Myers, O'Connor, Zayas, Jenkins, Ruehlman, Laing, Manning, and City of Cincinnati are dismissed from this action. The Claims against Defendants Deters and Powers are dismissed *sua sponte*. This action is, therefore, **TERMINATED** from the docket of this Court.

3/27/2024　　　　　　　　　　　　　　　　　　　　　　　RICH NAGEL, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　　　　　S/William Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk